UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:02-CR-036-HDM-VPC |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SUZANNE ELIZABETH MCMANN ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#23) on June 14, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: SOCIAL SECURITY ADMINISTRATION
Amount of Restitution: $90,985.00

**Total Amount of Restitution ordered: $90,985.00**

Dated this 2nd day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE